Zoltan MEGYESI, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 05–75995.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed Feb. 23, 2007.

Frank P. Sprouls, Esq., Law Office of Ricci and Sprouls, San Francisco, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, Edward A. Olsen, Esq., San Francisco, CA, for Respondent.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Zoltan Megyesi, a native and citizen of Hungary, petitions for review of the Board of Immigration Appeals' decision that affirmed the Immigration Judge's ("IJ") denial of his application for withholding of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for substantial evidence, *Aruta v. INS*, 80 F.3d 1389,

1393 (9th Cir.1996), and we deny the petition.

Megyesi failed to establish that his fear of returning to Hungary because of problems with a Russian gang is on account of a protected ground. Therefore, substantial evidence supports the IJ's finding that Megyesi failed to show eligibility for withholding of removal. *See Ochoa v. Gonzales*, 406 F.3d 1166, 1170–72 (9th Cir. 2005).

**PETITION FOR REVIEW DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

